# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DAICHENA THOMAS, et al.,<br>    Plaintiff(s),<br>v.<br>CLARK COUNTY, et al.,<br>    Defendant(s). | Case No. 2:22-cv-00899-GMN-NJK<br>**Order** |

To date, the parties have not filed a stipulated discovery plan as required by Local Rule 26-1(a). The parties are hereby **ORDERED** to file, no later than August 8, 2022, a joint proposed discovery plan.

IT IS SO ORDERED.

Dated: August 1, 2022

⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯
Nancy J. Koppe
United States Magistrate Judge