# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| DAICHENA THOMAS, et al.,<br>    Plaintiff(s),<br>v.<br>CLARK COUNTY, et al.,<br>    Defendant(s). | Case No. 2:22-cv-00899-GMN-NJK<br>**Order**<br>[Docket No. 18] |

Pending before the Court is Defendant Las Vegas Metropolitan Police Department's motion to compel. Docket No. 18.

This dispute does not appear to be one that should require judicial intervention. The instant motion represents that Plaintiffs' counsel has been non-responsive to requests to meet and confer. *See, e.g.*, Docket No. 18 at 5. <u>The Court hereby **ORDERS** Plaintiffs' counsel to call or email defense counsel by January 3, 2023, with availability to conduct a meet and confer.</u> The meet and confer must take place by January 10, 2023.

In light of the above, the motion to compel is **DENIED** without prejudice.

IT IS SO ORDERED.

Dated: December 27, 2022

                                                                Nancy J. Koppe
                                                                United States Magistrate Judge