# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| DAICHENA THOMAS, et al.,<br><br>　　　Plaintiff(s),<br><br>v.<br><br>CLARK COUNTY, et al.,<br><br>　　　Defendant(s). | Case No. 2:22-cv-00899-GMN-NJK<br><br>**Order** |

It has been revealed to the Court that Plaintiff J.W. is a minor. *See* Docket Nos. 23, 25. The Clerk's Office is **INSTRUCTED** to update the docket so that J.W.'s name is replaced with his initials only. Moreover, the Clerk's Office is **INSTRUCTED** to seal every docket entry (including exhibits) made to date. Plaintiffs' counsel must comb through each filed document to make the redactions required by Local Rule IC 6-1. No later than June 14, 2023, Plaintiffs' counsel must file separate notices attaching each of those documents with redactions as appropriate. **Future violations of the redaction requirements will likely result in sanctions.**

In addition to the obvious implications from the rules violations that have proliferated on the docket, the Court must express its alarm that Plaintiffs' counsel represent that they had no idea one of their clients is a minor, despite filing a complaint on his behalf a year ago. Docket No. 25 at 2.[1] Particularly given the weighty claims at issue in this case, stemming from a person's death, counsel must ensure that they are complying with all of their ethical obligations.

IT IS SO ORDERED.

Dated: May 31, 2023

　　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

---

[1] It would appear J.W. was 15 years of age at the time the complaint was filed. *See* Docket No. 23 at 2 (identifying his current age as 16).

1