# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| DAICHENA THOMAS, | Case No. 2:22-cv-00899-GMN-NJK |
| Plaintiff(s), | **Order** |
| v. | [Docket No. 49] |
| CLARK COUNTY, et al., | |
| Defendant(s). | |

Pending before the Court is a stipulation to extend case management deadlines by 90 days. Docket No. 49.

A request to extend unexpired deadlines in the scheduling order must be premised on a showing of good cause. Fed. R. Civ. P. 16(b)(4); Local Rule 26-3. The good cause analysis turns on whether the subject deadlines cannot reasonably be met despite the exercise of diligence. *Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 610 (9th Cir. 1992).

In the pending stipulation, more time is sought because, *inter alia*, "the appointment of [J.W.'s] guardian ad litem is pending." Docket No. 49 at 5. Such an assertion is misplaced as the motion to appoint guardian ad litem was denied without prejudice two months ago and does not appear to have been renewed. Docket No. 24. In addition, the stipulation seeks an extension due to the volume of discovery, the need to review audio recordings, and one party's incarceration. Docket No. 49 at 5. No explanation is provided as to why those circumstances warrant a lengthy three-month extension.

Accordingly, the stipulation to extend is **DENIED** without prejudice.

IT IS SO ORDERED.

Dated: July 24, 2023

_____
Nancy J. Koppe
United States Magistrate Judge

1