LESLIE MARK STOVALL, ESQ.
Nevada Bar No. 2566
ROSS MOYNIHAN, ESQ.
Nevada Bar No. 11848
STOVALL & ASSOCIATES
2301 Palomino Lane
Las Vegas, Nevada 89107
Telephone: (702) 258-3034
Facsimile: (702) 258-0093
court@lesstovall.com
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| DAICHENA THOMAS, individually and as the personal representative of Estate of Palmer Pearce Joseph Wright; DANA THOMAS, individually; DEVONTAY THOMAS, individually; DELON ARMSTRONG, individually; J. W., individually; and GERMAINE CARMENA, individually,<br><br>Plaintiffs,<br><br>vs.<br><br>CLARK COUNTY; LAS VEGAS METROPOLITAN POLICE DEPARTMENT; CLARK COUNTY DETENTION CENTER; WELLPATH, LLC; CORRECT CARE SOLUTIONS, LLC; J. MARCOS, RN; EARL D. SALVIEJO, NP; TANJA WASIELEWSKI, RN; LARS WILLIAMS, RN; H. HANNASH, RN; DAVID OLIPHANT, PA; LPN ALEXIA; BECKY S. CHRISTENSE, RN; RAY MARTIN MONTENEGRO, NP; KATE PURCELL, RN; DOES I through C, inclusive, and ROE CORPORATIONS I through II, inclusive,<br><br>Defendants. | CASE NO.: 2:22-cv-0899-GMN-NJK<br><br>**STIPULATION AND ORDER TO EXTEND THE TIME TO FILE RESPONSES TO ECF NO. 55 WELLPATH, LLC'S RENEWED MOTION FOR ORDER TO SHOW CAUSE WHY FELICIA TRIMBLE SHOULD NOT BE HELD IN CONTEMPT FOR FAILING TO APPEAR FOR DEPOSITION UNDER SUBPOENA** |

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties, through their respective counsel that the deadline to file a response to ECF No. 55, MOTION for Order to Show Cause Renewed Motion for Order to Show Cause Why Felicia Trimble Should Not be

Held in Contempt for Failing to Appear for Deposition Under Subpoena, should be extended by seven days to November 8, 2023 and the parties request that the court order the extension. The parties submit that good cause exists for the extension of time because since the filing of the motion, the witness has made contact with the plaintiffs' counsel and the parties are working to reset the deposition of the witness, which would render the motion moot.

DATED this 1st day of November 2023.

STOVALL & ASSOCIATES

*/s/ Ross Moynihan*
_____
LESLIE MARK STOVALL, ESQ.
Nevada Bar No. 2566
ROSS MOYNIHAN, ESQ.
Nevada Bar No. 11848
2301 Palomino Lane
Las Vegas, Nevada 89107
*Attorney for Plaintiff*

DATED this 1st day of November 2023.

LEWIS BRISBOIS BISGAARD & SMITH LLP

*/s/ Ethan Featherstone*
_____
BRENT VOGEL, ESQ.
Nevada Bar No. 6858
ETHAN FETAHERSTONE, ESQ.
Nevada Bar No. 11566
6385 S. Rainbow Blvd., Ste. 600
Las Vegas, NV 89118
*Attorney for Defendants WellPath, LLC*

DATED this 1st day of November 2023.

KAEMPFER CROWELL

*/s/ Ryan Daniels*
_____
LYSSA S. ANDERSON, ESQ.
Nevada Bar No. 5781
RYAN W. DANIELS, ESQ.
Nevada Bar No. 13094
1980 Festival Plaza Drive, Suite 650
Las Vegas, NV 89135
*Attorney for Defendant*
*Las Vegas Metropolitan Police Department*

**IT IS SO ORDERED**

Dated:  November 2, 2023

_____
UNITED STATES MAGISTRATE JUDGE