UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DAICHENA THOMAS, individually and as the personal representative of Estate of Palmer Pearce Joseph Wright; DANA THOMAS, individually; DEVONTAY THOMAS, individually; DELON ARMSTRONG, individually; JW, individually; GERMAINE CERMENA, individually,<br><br>Plaintiffs,<br><br>vs.<br><br>CLARK COUNTY; LAS VEGAS METROPOLITAN POLICE DEPARTMENT; CLARK COUNTY DETENTION CENTER; WELLPATH, LLC; CORRECT CARE SOLUTIONS, LLC; J. MARCOS, RN; EARL D. SALVIEJO, NP; TANJA WASIELEWSKI, RN; H. TADDEO, RN; ACE T. RN; LARRY WILLIAMS, RN; H. HANNASH, RN; DAVID OLIPHANT, PA; LPN ALEXIA; BECKY S. CHRISTENSEN, RN; RAY MARTIN MONTENEGRO, NP; KATE PURCELL, RN; DOES I through C, inclusive, and ROE CORPORATIONS I though II, inclusive,<br><br>Defendants. | Case No. 2:22-CV-0899-GMN-NJK<br><br>~~STIPULATION AND~~ ORDER TO EXTEND TIME TO FILE RESPONSES TO WELLPATH, LLC'S RENEWED MOTION FOR ORDER TO SHOW CAUSE WHY FELICIA TRIMBLE SHOULD NOT BE HELD IN CONTEMPT FOR FAILING TO APPEAR FOR DEPOSITION UNDER SUBPOENA |

1  IT IS HEREBY STIPULATED AND AGREED between the parties, Las Vegas Metropolitan Police Department ("LVMPD"); Wellpath, LLC; Correct Care Solutions, LLC; J. Marcos, RN; Earl D. Salviejo, NP; Tanja Wasielewski, RN; H. Taddeo, RN; Ace T. RN; Larry Williamson, RN; H. Hannash, RN; David Oliphant, PA, LPN Alexia; Becky S. Christensen, RN; Ray Martin Montenegro, NP, and Kate Purcell, RN's ("Wellpath Defendants"); and Plaintiffs, Daichena Thomas, Dana Thomas, Devontay Thomas, Delon Armstrong, JW, and Germaine Carmena, ("Plaintiffs"), by and through their respective counsel that the deadline to file a response to ECF No. 55, Renewed Motion for Order to Show Cause Why Felicia Trimble Should Not be Held in Contempt for Failing to Appear for Deposition Under Subpoena ("Motion"), should be extended by an additional 41 days to December 19, 2023, and the parties request that the court grant the extension.

Counsel for Wellpath Defendants has now communicated with Ms. Trimble, and she has agreed to appear by deposition on Monday, December 11, 2023 at 9:00 a.m. in accordance with the subpoena served upon her on July 28, 2023. The deposition was scheduled for a Monday because she typically does not work on Mondays, and the time of the day at 9:00 a.m. accommodates Ms. Trimble because her work typically starts at 8 a.m. Counsel for all parties have agreed they are able to attend the deposition on December 11, 2023. Wellpath Defendants has agreed to withdraw this Motion if Ms. Trimble appears at her deposition.

DATED this 9th day of November, 2023

| STOVALL & ASSOCIATES | LEWIS BRISBOIS BISGAARD & SMITH LLP |
|---|---|
| /s/ Ross H. Moynihan | /s/ Ethan M. Featherstone |
| Leslie Mark Stovall<br>Nevada Bar No. 2566<br>Ross H. Moynihan<br>Nevada Bar No. 11848<br>2301 Palomino Lane<br>Las Vegas, NV 89107<br>*Attorneys for Plaintiffs* | S. Brent Vogel<br>Nevada Bar No. 6858<br>Ethan M. Featherstone<br>Nevada Bar No. 11566<br>*Attorneys for Defendants*<br>WellPath, LLC; Correct Care Solutions, LLC; J. Marcos, RN; Earl D. Salviejo, NP; Tanya Wasielewski, RN; H. Taddeo, RN; Ace T. RN; Larry Williamson, RN; H. Hannash, RN; David Oliphant, PA; LPN Alexia; Becky S. Christensen, RN; Ray Martin Montenegro, NP; and Kate Purcell, RN |

**ORDER**

IT IS SO ORDERED.

Dated: November 9, 2023

_____
Nancy J. Koppe
United States Magistrate Judge

KAEMPFER CROWELL

/s/ Ryan W. Daniels
_____
Lyssa S. Anderson
Nevada Bar No. 5781
Ryan W. Daniels
Nevada Bar No. 13094
1980 Festival Plaza Drive, Suite 650
Las Vegas, NV 89135
*Attorneys for Defendant*
*Las Vegas Metropolitan Police Department*