UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DAICHENA THOMAS, et al.,<br><br>    Plaintiff(s),<br><br>v.<br><br>CLARK COUNTY, et al.,<br><br>    Defendant(s). | Case No. 2:22-cv-00899-GMN-NJK<br><br>**Order**<br><br>[Docket Nos. 55, 67] |

On October 18, 2023, the Wellpath Defendants filed a renewed motion for an order to show cause regarding Felicia Trimble's deposition nonappearance. Docket No. 55. Extensions have been granted with respect to that motion practice given the representation that the motion would be withdrawn if Trimble appeared for her deposition. *See, e.g.*, Docket No. 60 at 2. Trimble has since appeared for deposition. *See* Docket No. 67 at 2. Accordingly, the renewed motion for an order to show cause (Docket No. 55) is **DENIED** as moot.[1] In addition, the stipulation to further extend briefing (Docket No. 67) is also **DENIED** as moot.

IT IS SO ORDERED.

Dated: December 27, 2023

                                                                    Nancy J. Koppe<br>                                                                   United States Magistrate Judge

---

[1] If Trimble fails to appear for the continued deposition, nothing herein prevents the filing of a new motion seeking appropriate relief. The Court expresses no opinion herein on any such motion.

1