UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DAICHENA THOMAS, et al.,<br>  Plaintiff(s),<br>v.<br>CLARK COUNTY, et al.,<br>  Defendant(s). | Case No. 2:22-cv-00899-GMN-NJK<br>**Order**<br>[Docket No. 85] |

  Pending before the Court is a stipulation to continue the settlement conference, Docket No. 85, which is GRANTED. The settlement conference is continued to 10:00 a.m. on August 13, 2024. Settlement statements must be delivered to the undersigned's box in the Clerk's Office by 3:00 p.m. on August 7, 2024.

  IT IS SO ORDERED.

  Dated: April 17, 2024

                    _____
                    Nancy J. Koppe
                    United States Magistrate Judge

1