LESLIE MARK STOVALL, ESQ.
Nevada Bar No. 2566
ROSS MOYNIHAN, ESQ.
Nevada Bar No. 11848
STOVALL & ASSOCIATES
2301 Palomino Lane
Las Vegas, Nevada 89107
Telephone: (702) 258-3034
Facsimile: (702) 258-0093
court@lesstovall.com
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| DAICHENA THOMAS, individually and as the personal representative of Estate of Palmer Pearce Joseph Wright; DANA THOMAS, individually; DEVONTAY THOMAS, individually; DELON ARMSTRONG, individually; J. W., individually; and GERMAINE CARMENA, individually, <br><br> Plaintiffs, <br><br> vs. <br><br> CLARK COUNTY; LAS VEGAS METROPOLITAN POLICE DEPARTMENT; CLARK COUNTY DETENTION CENTER; WELLPATH, LLC; CORRECT CARE SOLUTIONS, LLC; J. MARCOS, RN; EARL D. SALVIEJO, NP; TANJA WASIELEWSKI, RN; LARS WILLIAMS, RN; H. HANNASH, RN; DAVID OLIPHANT, PA; LPN ALEXIA; BECKY S. CHRISTENSE, RN; RAY MARTIN MONTENEGRO, NP; KATE PURCELL, RN; DOES I through C, inclusive, and ROE CORPORATIONS I through II, inclusive, <br><br> Defendants. | CASE NO.: 2:22-cv-0899-GMN-NJK <br><br> **STIPULATION AND ORDER TO EXTEND THE TIME TO FILE RESPONSES TO ECF NO. 79 LVMPD'S MOTION FOR SUMMARY JUDGMENT AND ECF NO. 80 WELLPATH, LLC'S MOTION FOR SUMMARY JUDGMENT** |

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties, through

their respective counsel that the plaintiffs' deadline to file responses to ECF No. 79, LVMPD's

Motion for Summary Judgment and ECF No. 80, Wellpath, LLC's Motion for Summary

Judgment, should be extended by twenty-one days from May 1, 2024 to **May 22, 2024** and the parties request that the court order the extension. The parties submit that good cause exists for the extension of time. The agreement for an extension is made at the plaintiffs' request due to the extensive nature of the briefing involved in opposing both motions for summary judgment.

DATED this 26th day of April 2024.

STOVALL & ASSOCIATES

/s/ Ross Moynihan
_____
LESLIE MARK STOVALL, ESQ.
Nevada Bar No. 2566
ROSS MOYNIHAN, ESQ.
Nevada Bar No. 11848
2301 Palomino Lane
Las Vegas, Nevada 89107
*Attorney for Plaintiff*

DATED this 26th day of April 2024.

LEWIS BRISBOIS BISGAARD & SMITH LLP

/s/ Ethan Featherstone
_____
BRENT VOGEL, ESQ.
Nevada Bar No. 6858
ETHAN FETAHERSTONE, ESQ.
Nevada Bar No. 11566
6385 S. Rainbow Blvd., Ste. 600
Las Vegas, NV 89118
*Attorney for Defendants Wellpath, LLC*

DATED this 26th day of April 2024.

KAEMPFER CROWELL

/s/ Ryan Daniels
_____
LYSSA S. ANDERSON, ESQ.
Nevada Bar No. 5781
RYAN W. DANIELS, ESQ.
Nevada Bar No. 13094
1980 Festival Plaza Drive, Suite 650
Las Vegas, NV 89135
*Attorney for Defendant*
*Las Vegas Metropolitan Police Department*

*Thomas v. Clark County, et al.*<br>2:22-cv-0899-GMN-NJK<br>Stipulation and Order

### ORDER

Based upon the above stipulation of the parties, it is hereby ORDERED that plaintiff's deadline to file responses to ECF No. 79, LVMPD's Motion for Summary Judgment and ECF No. 80 Wellpath, LLC's Motion for Summary Judgment, shall be extended by twenty-one days from May 1, 2024 to **May 22, 2024.**

_____
**DISTRICT COURT JUDGE OR**
**DISTRICT COURT MAGISTRATE JUDGE**