1  LESLIE MARK STOVALL, ESQ.
   Nevada Bar No. 2566
2  ROSS MOYNIHAN, ESQ.
   Nevada Bar No. 11848
3  STOVALL & ASSOCIATES
4  2301 Palomino Lane
   Las Vegas, Nevada 89107
5  Telephone: (702) 258-3034
6  Facsimile: (702) 258-0093
   court@lesstovall.com
7  *Attorneys for Plaintiff*

8  **UNITED STATES DISTRICT COURT**
   **DISTRICT OF NEVADA**
9

| | |
|---|---|
| DAICHENA THOMAS, individually and as the personal representative of Estate of Palmer Pearce Joseph Wright; DANA THOMAS, individually; DEVONTAY THOMAS, individually; DELON ARMSTRONG, individually; J. W., individually; and GERMAINE CARMENA, individually, | CASE NO.: 2:22-cv-0899-GMN-NJK |
| Plaintiffs, | |
| vs. | |
| CLARK COUNTY; LAS VEGAS METROPOLITAN POLICE DEPARTMENT; CLARK COUNTY DETENTION CENTER; WELLPATH, LLC; CORRECT CARE SOLUTIONS, LLC; J. MARCOS, RN; EARL D. SALVIEJO, NP; TANJA WASIELEWSKI, RN; LARS WILLIAMS, RN; H. HANNASH, RN; DAVID OLIPHANT, PA; LPN ALEXIA; BECKY S. CHRISTENSE, RN; RAY MARTIN MONTENEGRO, NP; KATE PURCELL, RN; DOES I through C, inclusive, and ROE CORPORATIONS I through II, inclusive, | **STIPULATION AND ORDER TO EXTEND THE TIME TO FILE RESPONSES TO ECF NO. 79 LVMPD'S MOTION FOR SUMMARY JUDGMENT AND ECF NO. 80 WELLPATH, LLC'S MOTION FOR SUMMARY JUDGMENT (FIFTH REQUEST)** |
| Defendants. | |

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties, through their respective counsel that the plaintiffs' deadline to file responses to ECF No. 79, LVMPD's Motion for Summary Judgment and ECF No. 80, Wellpath, LLC's Motion for Summary

Judgment, should be extended from June 4, 2024 to June 7, 2024 and the parties request that the court order the extension. The parties submit that good cause exists for the extension of time. The agreement for an extension is made at the plaintiffs' request due to the extensive nature of the briefing involved in opposing both motions for summary judgment.

| | |
|---|---|
| DATED this 4TH day of June 2024. | DATED this 4th day of June 2024. |
| STOVALL & ASSOCIATES | LEWIS BRISBOIS BISGAARD & SMITH LLP |
| */s/ Ross Moynihan* | */s/ Ethan Featherstone* |
| _____ | _____ |
| LESLIE MARK STOVALL, ESQ.<br>Nevada Bar No. 2566<br>ROSS MOYNIHAN, ESQ.<br>Nevada Bar No. 11848<br>2301 Palomino Lane<br>Las Vegas, Nevada 89107<br>*Attorney for Plaintiff* | BRENT VOGEL, ESQ.<br>Nevada Bar No. 6858<br>ETHAN FETAHERSTONE, ESQ.<br>Nevada Bar No. 11566<br>6385 S. Rainbow Blvd., Ste. 600<br>Las Vegas, NV 89118<br>*Attorney for Defendants Wellpath, LLC* |

DATED this 4th day of June 2024.

KAEMPFER CROWELL

*/s/ Lyssa Anderson*
_____
LYSSA S. ANDERSON, ESQ.
Nevada Bar No. 5781
RYAN W. DANIELS, ESQ.
Nevada Bar No. 13094
1980 Festival Plaza Drive, Suite 650
Las Vegas, NV 89135
*Attorney for Defendant*
*Las Vegas Metropolitan Police Department*

*Thomas v. Clark County, et al.*
2:22-cv-0899-GMN-NJK
Stipulation and Order

**ORDER**

Based upon the above stipulation of the parties, it is hereby ORDERED that plaintiff's deadline to file responses to ECF No. 79, LVMPD's Motion for Summary Judgment and ECF No. 80 Wellpath, LLC's Motion for Summary Judgment, shall be extended from June 4, 2024 to June 7, 2024.

_____
**DISTRICT COURT JUDGE OR
DISTRICT COURT MAGISTRATE JUDGE**