LESLIE MARK STOVALL, ESQ.
Nevada Bar No. 2566
ROSS MOYNIHAN, ESQ.
Nevada Bar No. 11848
STOVALL & ASSOCIATES
2301 Palomino Lane
Las Vegas, Nevada 89107
Telephone: (702) 258-3034
Facsimile: (702) 258-0093
court@lesstovall.com
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| DAICHENA THOMAS, individually and as the personal representative of Estate of Palmer Pearce Joseph Wright; DANA THOMAS, individually; DEVONTAY THOMAS, individually; DELON ARMSTRONG, individually; J. W., individually; and GERMAINE CARMENA, individually,<br><br>Plaintiffs,<br><br>vs.<br><br>CLARK COUNTY; LAS VEGAS METROPOLITAN POLICE DEPARTMENT; CLARK COUNTY DETENTION CENTER; WELLPATH, LLC; CORRECT CARE SOLUTIONS, LLC; J. MARCOS, RN; EARL D. SALVIEJO, NP; TANJA WASIELEWSKI, RN; LARS WILLIAMS, RN; H. HANNASH, RN; DAVID OLIPHANT, PA; LPN ALEXIA; BECKY S. CHRISTENSE, RN; RAY MARTIN MONTENEGRO, NP; KATE PURCELL, RN; DOES I through C, inclusive, and ROE CORPORATIONS I through II, inclusive,<br><br>Defendants. | CASE NO.: 2:22-cv-0899-GMN-NJK<br><br>**STIPULATION AND ORDER TO EXTEND THE TIME TO FILE RESPONSES TO ECF NO. 79 LVMPD'S MOTION FOR SUMMARY JUDGMENT AND ECF NO. 80 WELLPATH, LLC'S MOTION FOR SUMMARY JUDGMENT (EIGHTH REQUEST)** |

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties, through

their respective counsel that the plaintiffs' deadline to file responses to ECF No. 79, LVMPD's

Motion for Summary Judgment and ECF No. 80, Wellpath, LLC's Motion for Summary

1  Judgment, should be extended from June 17, 2024 to June 19, 2024 and the parties request that

2  the court order the extension. The parties submit that good cause exists for the extension of time.

3  The agreement for an extension is made at the plaintiffs' request due to the extensive nature of

4

5  the briefing involved in opposing both motions for summary judgment.

6  DATED this 17TH day of June 2024.                DATED this 17th day of June 2024.

7  STOVALL & ASSOCIATES                        LEWIS BRISBOIS BISGAARD & SMITH LLP

8  */s/ Ross Moynihan*                                        */s/ Ethan Featherstone*

9  _____          _____
   LESLIE MARK STOVALL, ESQ.                BRENT VOGEL, ESQ.
10 Nevada Bar No. 2566                             Nevada Bar No. 6858
   ROSS MOYNIHAN, ESQ.                         ETHAN FETAHERSTONE, ESQ.
11 Nevada Bar No. 11848                           Nevada Bar No. 11566
12 2301 Palomino Lane                               6385 S. Rainbow Blvd., Ste. 600
   Las Vegas, Nevada 89107                      Las Vegas, NV 89118
13 *Attorney for Plaintiff*                              *Attorney for Defendants Wellpath, LLC*

14 DATED this 17th day of June 2024.

15 KAEMPFER CROWELL
16
17 */s/ Lyssa Anderson*
   _____
18 LYSSA S. ANDERSON, ESQ.
   Nevada Bar No. 5781
19 RYAN W. DANIELS, ESQ.
20 Nevada Bar No. 13094
   1980 Festival Plaza Drive, Suite 650
21 Las Vegas, NV 89135
   *Attorney for Defendant*
22 *Las Vegas Metropolitan Police Department*

23

24

25

26

27

28

*Thomas v. Clark County, et al.*
2:22-cv-0899-GMN-NJK
Stipulation and Order

## ORDER

Based upon the above stipulation of the parties, it is hereby ORDERED that plaintiff's deadline to file responses to ECF No. 79, LVMPD's Motion for Summary Judgment and ECF No. 80 Wellpath, LLC's Motion for Summary Judgment, shall be extended from June 17, 2024 to June 19, 2024**.**

_____
**DISTRICT COURT JUDGE OR
DISTRICT COURT MAGISTRATE JUDGE**