LESLIE MARK STOVALL, ESQ.
Nevada Bar No. 2566
ROSS MOYNIHAN, ESQ.
Nevada Bar No. 11848
STOVALL & ASSOCIATES
2301 Palomino Lane
Las Vegas, Nevada 89107
Telephone: (702) 258-3034
Facsimile: (702) 258-0093
court@lesstovall.com
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| DAICHENA THOMAS, individually and as the personal representative of Estate of Palmer Pearce Joseph Wright; DANA THOMAS, individually; DEVONTAY THOMAS, individually; DELON ARMSTRONG, individually; J. W., individually; and GERMAINE CARMENA, individually,<br><br>                    Plaintiffs,<br><br>vs.<br><br>CLARK COUNTY; LAS VEGAS METROPOLITAN POLICE DEPARTMENT; CLARK COUNTY DETENTION CENTER; WELLPATH, LLC; CORRECT CARE SOLUTIONS, LLC; J. MARCOS, RN; EARL D. SALVIEJO, NP; TANJA WASIELEWSKI, RN; LARS WILLIAMS, RN; H. HANNASH, RN; DAVID OLIPHANT, PA; LPN ALEXIA; BECKY S. CHRISTENSE, RN; RAY MARTIN MONTENEGRO, NP; KATE PURCELL, RN; DOES I through C, inclusive, and ROE CORPORATIONS I through II, inclusive,<br><br>                    Defendants. | CASE NO.: 2:22-cv-0899-GMN-NJK<br><br>**STIPULATION AND ORDER REGARDING BRIEFING SCHEDULE REGARDING ECF NO. 79 LVMPD'S MOTION FOR SUMMARY JUDGMENT AND ECF NO. 80 WELLPATH, LLC'S MOTION FOR SUMMARY JUDGMENT (FIFTEENTH REQUEST)** |

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties, through their respective counsel that the plaintiffs' deadline to file responses to ECF No. 79, LVMPD's Motion for Summary Judgment and ECF No. 80, Wellpath, LLC's Motion for Summary

Judgment, should be extended to July 10, 2024 and that the deadline for the defendants to file reply briefs should be extended to August 16, 2024. The parties request that the court order this proposed briefing extension. The parties submit that good cause exists for the extension of time given the extensive nature of the briefing and so that the parties can ensure that the court is fully briefed on the matters before the court by both the plaintiffs and the defendants.

| DATED this 3rd day of July 2024. | DATED this 3rd day of July 2024. |
|---|---|
| STOVALL & ASSOCIATES | LEWIS BRISBOIS BISGAARD & SMITH LLP |
| */s/ Ross Moynihan* | */s/ Ethan Featherstone* |
| LESLIE MARK STOVALL, ESQ.<br>Nevada Bar No. 2566<br>ROSS MOYNIHAN, ESQ.<br>Nevada Bar No. 11848<br>2301 Palomino Lane<br>Las Vegas, Nevada 89107<br>*Attorney for Plaintiffs* | BRENT VOGEL, ESQ.<br>Nevada Bar No. 6858<br>ETHAN FETAHERSTONE, ESQ.<br>Nevada Bar No. 11566<br>6385 S. Rainbow Blvd., Ste. 600<br>Las Vegas, NV 89118<br>*Attorney for Defendants Wellpath, LLC* |

DATED this 3rd day of July 2024.

*/s/ Lyssa Anderson*

LYSSA S. ANDERSON, ESQ.
Nevada Bar No. 5781
RYAN W. DANIELS, ESQ.
Nevada Bar No. 13094
1980 Festival Plaza Drive, Suite 650
Las Vegas, NV 89135
*Attorney for Defendant*
*Las Vegas Metropolitan Police Department*

*Thomas v. Clark County, et al.*
2:22-cv-0899-GMN-NJK
Stipulation and Order

## ORDER

Based upon the above stipulation of the parties, it is hereby ORDERED that the plaintiffs' deadline to file responses to ECF No. 79, LVMPD's Motion for Summary Judgment and ECF No. 80, Wellpath, LLC's Motion for Summary Judgment, shall be extended to July 10, 2024 and that the deadline for the defendants' to file reply briefs shall be extended to August 16, 2024.

Also pending before the Court are 6 Motions to Extend Time regarding the same briefing schedule. (ECF Nos. 103, 105, 106, 108, 109, and 110). In light of the above stipulation, which extends the deadlines beyond the dates requested in these motions, the Court **GRANTS** these motions as unopposed. *See* LR 7-2(d).

_____
**DISTRICT COURT JUDGE**