# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| DAICHENA THOMAS, et al.,<br>    Plaintiff(s),<br>v.<br>CLARK COUNTY, et al.,<br>    Defendant(s). | Case No. 2:22-cv-00899-GMN-NJK<br><br>**Order**<br>[Docket No. 113] |

Pending before the Court is a second stipulation to continue the settlement conference, Docket No. 113, which is GRANTED. The settlement conference is continued to 10:00 a.m. on October 8, 2024. Settlement statements must be delivered to the undersigned's box in the Clerk's Office by 3:00 p.m. on October 1, 2024.

IT IS SO ORDERED.

Dated: July 11, 2024

_____
Nancy J. Koppe
United States Magistrate Judge

1