LYSSA S. ANDERSON
Nevada Bar No. 5781
RYAN W. DANIELS
Nevada Bar No. 13094
KAEMPFER CROWELL
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada 89135
Telephone: (702) 792-7000
Fax: (702) 796-7181
landerson@kcnvlaw.com
rdaniels@kcnvlaw.com

*Attorneys for Defendant*
*Las Vegas Metropolitan Police Department*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DAICHENA THOMAS, individually and as the personal representative of Estate of Palmer Pearce Joseph Wright; DANA THOMAS, individually; DEVONTAY THOMAS, individually; DELON ARMSTRONG, individually; J. W., individually; GERMAINE CARMENA, individually,<br><br>Plaintiffs,<br><br>vs.<br><br>CLARK COUNTY; LAS VEGAS METROPOLITAN POLICE DEPARTMENT; CLARK COUNTY DETENTION CENTER; WELLPATH, LLC; CORRECT CARE SOLUTIONS, LLC; J. MARCOS, RN; EARL D. SALVIEJO, NP; TANJA WASIELEWSKI, RN; H. TADDEO, RN; ACE T., RN; LARS WILLIAMS, RN; H. HANNASH, RN; DAVID OLIPHANT, PA; LPN ALEXIA; BECKY S. CHRISTENSEN, RN; RAY MARTIN MONTENEGRO, NP; KATE PURCELL, RN; DOES I through C, inclusive, and ROE CORPORATIONS I through II, inclusive,<br><br>Defendants. | CASE NO.:   2:22-cv-0899-GMN-NJK<br><br>**STIPULATION TO EXTEND TIME TO FILE REPLIES IN SUPPORT OF MOTIONS FOR SUMMARY JUDGMENT**<br>**(First Request)**<br>**[ECF Nos. 79, 80]** |

1  The above-referenced parties, by and through their counsel of record, hereby agree and stipulate to extend the current deadline of August 16, 2024 for Defendants, Las Vegas Metropolitan Police Department ("LVMPD"); Wellpath, LLC; Correct Care Solutions, LLC; J. Marcos, RN; Earl D. Salviejo, NP; Tanja Wasielewski, RN; H. Taddeo, RN; Ace T. RN; Lars Williams, RN; H. Hannash, RN; David Oliphant, PA, LPN Alexia; Becky S. Christensen, RN; Ray Martin Montenegro, NP, and Kate Purcell, RN's ("Wellpath Defendants") to file their respective Replies in Support of their Motions for Summary Judgment, [Docket Nos. 79 and 80], for an additional seven (7) days, until August 23, 2024.  This is the first requested extension between the parties.  The extension is being requested as the Defendants' Counsel requires additional time to prepare the replies due to other contemporaneous deadlines and an absence from the office.

The requested extension will not prejudice any party and will allow the Defendants to adequately brief their replies in support of their Motions for Summary Judgment filed with this Court.  The parties are not delaying the conclusion of this matter by way of trial or otherwise; no trial date has yet been ordered.

DATED this 16th day of August, 2024.              DATED this 15th day of August, 2024.

STOVALL & ASSOCIATES                               KAEMPFER CROWELL

*/s/ Ross H. Moynihan*                                       */s/ Lyssa Anderson*

Leslie Mark Stovall, Esq.                                   Lyssa S. Anderson
Nevada Bar No. 2566                                         Nevada Bar No. 5781
Ross H. Moynihan, Esq.                                      Ryan W. Daniels
Nevada Bar No. 11848                                        Nevada Bar No. 13094
2301 Palomino Lane                                          1980 Festival Plaza Drive, Suite 650
Las Vegas, NV 89107                                         Las Vegas, Nevada  89135
                                                            **Attorneys for Defendant**
**Attorneys for Plaintiffs**                                **Las Vegas Metropolitan Police Department**

/ / /

1  DATED this 15th day of August, 2024.

2  LEWIS BRISBOIS BISGAARD & SMITH LLP

3  */s/ Ethan M. Featherstone*

4  S. Brent Vogel, Esq.
Nevada Bar No. 6858
Ethan M. Featherstone, Esq.

5  Nevada Bar No. 11566
6385 S. Rainbow Blvd., Ste. 600

6  Las Vegas, NV 89118
*Attorneys for Defendants*

7  *WellPath, LLC; Correct Care Solutions, LLC; J. Marcos, RN; Earl D. Salviejo, NP; Tanya*

8  *Wasielewski, RN; H. Taddeo, RN; Ace T. RN; Lars Williams, RN; H. Hannash, RN; David*

9  *Oliphant, PA; LPN Alexia; Becky S. Christensen, RN; Ray Martin Montenegro,*

10 *NP; and Kate Purcell, RN*

**ORDER**

13  IT IS SO ORDERED.

_____
UNITED STATES DISTRICT COURT JUDGE
   Dated: August 16, 2024.