S. BRENT VOGEL
Nevada Bar No. 6858
Brent.Vogel@lewisbrisbois.com
ETHAN M. FEATHERSTONE
Nevada Bar No. 11566
Ethan.Featherstone@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Telephone: 702.893.3383
Facsimile: 702.893.3789
*Attorneys for Defendants Wellpath, LLC; Correct Care Solutions, LLC; J. Marcos, RN; Earl D. Salviejo, NP; Tanja Wasielewski, RN; H. Taddeo, RN; Ace T. RN; Lars Williams, RN; H. Hannash, RN; David Oliphant, PA, LPN Alexia; Becky S. Christensen, RN; Ray Martin Montenegro, NP, and Kate Purcell, RN*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DAICHENA THOMAS, individually and as the personal representative of Estate of Palmer Pearce Joseph Wright; DANA THOMAS, individually; DEVONTAY THOMAS, individually; DELON ARMSTRONG, individually; JW, individually; GERMAINE CERMENA, individually,<br><br>Plaintiffs,<br><br>vs.<br><br>CLARK COUNTY; LAS VEGAS METROPOLITAN POLICE DEPARTMENT; CLARK COUNTY DETENTION CENTER; WELLPATH, LLC; CORRECT CARE SOLUTIONS, LLC; J. MARCOS, RN; EARL D. SALVIEJO, NP; TANJA WASIELEWSKI, RN; H. TADDEO, RN; ACE T. RN; LARS WILLIAMS, RN; H. HANNASH, RN; DAVID OLIPHANT, PA; LPN ALEXIA; BECKY S. CHRISTENSEN, RN; RAY MARTIN MONTENEGRO, NP; KATE PURCELL, RN; DOES I through C, inclusive, and ROE CORPORATIONS I though II, inclusive,<br><br>Defendants. | Case No. 2:22-CV-0899-GMN-NJK<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF DEFENDANTS KATE PURCELL, RN; BECKY S. CHRISTENSEN, RN; LPN ALEXIA; AND H. HANNASH, RN ONLY WITH PREJUDICE** |

142845548.1

IT IS HEREBY STIPULATED, by and between Plaintiffs and Defendants, through their respective counsel, that this action shall be dismissed against Defendants Kate Purcell, RN ("K. Purcell"); Becky S. Christensen, RN (Becky S. Christensen, NP); LPN Alexia (LPN Alexia Mahoney); and H. Hannash, RN (Heather Hanash, RN); only, with prejudice, with each party to bear their own costs and attorney's fees.

Dated this 29th day of August, 2024

STOVALL & ASSOCIATES

/s/ *Ross H. Moynihan*

Leslie Mark Stovall
Nevada Bar No. 2566
Ross H. Moynihan
Nevada Bar No. 11848
2301 Palomino Lane
Las Vegas, NV 89107
*Attorneys for Plaintiffs*

Dated this 29th day of August, 2024

LEWIS BRISBOIS BISGAARD & SMITH LLP

/s/ *Ethan M. Featherstone*

S. Brent Vogel
Nevada Bar No. 6858
Ethan M. Featherstone
Nevada Bar No. 11566
*Attorneys for Defendants*
*WellPath, LLC; Correct Care Solutions, LLC; J. Marcos, RN; Earl D. Salviejo, NP; Tanya Wasielewski, RN; H. Taddeo, RN; Ace T. RN; Larry Williamson, RN; H. Hannash, RN; David Oliphant, PA; LPN Alexia; Becky S. Christensen, RN; Ray Martin Montenegro, NP; and Kate Purcell, RN*

Dated this 29th day of August, 2024

KAEMPFER CROWELL

/s/ *Ryan W. Daniels*

Lyssa S. Anderson
Nevada Bar No. 5781
Ryan W. Daniels
Nevada Bar No. 13094
1980 Festival Plaza Drive, Suite 650
Las Vegas, NV 89135
*Attorneys for Defendant*
*Las Vegas Metropolitan Police Department*

<u>Daichena Thomas, et al. vs. Clark County, et al.</u>
Case No. 2:22-cv-0899-GMN-NJK
Stipulation and Order to Dismiss Defendants

## **ORDER**

**IT IS SO ORDERED.**

Dated this  30  day of August, 2024

_____
UNITED STATES DISTRICT COURT JUDGE

142845548.1

3