LESLIE MARK STOVALL, ESQ.
Nevada Bar No. 2566
ROSS MOYNIHAN, ESQ.
Nevada Bar No. 11848
STOVALL & ASSOCIATES
2301 Palomino Lane
Las Vegas, Nevada 89107
Telephone: (702) 258-3034
Facsimile: (702) 258-0093
court@lesstovall.com
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| DAICHENA THOMAS, individually and as the personal representative of Estate of Palmer Pearce Joseph Wright; DANA THOMAS, individually; DEVONTAY THOMAS, individually; DELON ARMSTRONG, individually; J. W., individually; and GERMAINE CARMENA, individually,<br><br>Plaintiffs,<br><br>vs.<br><br>CLARK COUNTY; LAS VEGAS METROPOLITAN POLICE DEPARTMENT; CLARK COUNTY DETENTION CENTER; WELLPATH, LLC; CORRECT CARE SOLUTIONS, LLC; J. MARCOS, RN; EARL D. SALVIEJO, NP; TANJA WASIELEWSKI, RN; LARS WILLIAMS, RN; H. HANNASH, RN; DAVID OLIPHANT, PA; LPN ALEXIA; BECKY S. CHRISTENSE, RN; RAY MARTIN MONTENEGRO, NP; KATE PURCELL, RN; DOES I through C, inclusive, and ROE CORPORATIONS I through II, inclusive,<br><br>Defendants. | CASE NO.: 2:22-cv-0899-GMN-NJK<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE PLAINTIFFS' THIRD CAUSE OF ACTION FOR "VIOLATION OF CIVIL RIGHTS EQUAL PROTECTION" ONLY** |

**IT IS HEREBY STIPULATED AND AGREED**, by and between Plaintiffs and

Defendants, through their respective counsel, that Plaintiffs' Third Cause of Action for

1  "Violation of Civil Rights Equal Protection" only, shall be dismissed with prejudice, with each

2  party to bear their own costs and attorney's fees.

3  DATED this 30th day of August 2024.                    DATED this 30th day of August 2024.

5  STOVALL & ASSOCIATES                                   LEWIS BRISBOIS BISGAARD & SMITH LLP

6  /s/ Ross Moynihan                                      /s/ Ethan Featherstone

7  _____                               _____
   LESLIE MARK STOVALL, ESQ.                              BRENT VOGEL, ESQ.
   Nevada Bar No. 2566                                    Nevada Bar No. 6858
8  ROSS MOYNIHAN, ESQ.                                    ETHAN FETAHERSTONE, ESQ.
9  Nevada Bar No. 11848                                   Nevada Bar No. 11566
   2301 Palomino Lane                                     6385 S. Rainbow Blvd., Ste. 600
10 Las Vegas, Nevada 89107                                Las Vegas, NV 89118
   *Attorney for Plaintiffs*                              *Attorney for Defendants Wellpath, LLC*

13 DATED this 30th day of August 2024.

14 /s/ Lyssa Anderson

15 _____
   LYSSA S. ANDERSON, ESQ.
   Nevada Bar No. 5781
16 RYAN W. DANIELS, ESQ.
17 Nevada Bar No. 13094
   1980 Festival Plaza Drive, Suite 650
18 Las Vegas, NV 89135
   *Attorney for Defendant*
19 *Las Vegas Metropolitan Police Department*

*Thomas v. Clark County, et al.*
2:22-cv-0899-GMN-NJK
Stipulation and Order

## ORDER

Based upon the above stipulation of the parties, it is hereby **ORDERED** that Plaintiffs' Third Cause of Action for "Violation of Civil Rights Equal Protection" only, shall be dismissed with prejudice, with each party to bear their own costs and attorney's fees.

Dated this __3__ day of September, 2024

_____
UNITED STATES DISTRICT COURT JUDGE