LESLIE MARK STOVALL, ESQ.
Nevada Bar No. 2566
ROSS MOYNIHAN, ESQ.
Nevada Bar No. 11848
STOVALL & ASSOCIATES
2301 Palomino Lane
Las Vegas, Nevada 89107
Telephone: (702) 258-3034
Facsimile: (702) 258-0093
court@lesstovall.com
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| DAICHENA THOMAS, individually and as the personal representative of Estate of Palmer Pearce Joseph Wright; DANA THOMAS, individually; DEVONTAY THOMAS, individually; DELON ARMSTRONG, individually; J. W., individually; and GERMAINE CARMENA, individually,<br><br>Plaintiffs,<br><br>vs.<br><br>CLARK COUNTY; LAS VEGAS METROPOLITAN POLICE DEPARTMENT; CLARK COUNTY DETENTION CENTER; WELLPATH, LLC; CORRECT CARE SOLUTIONS, LLC; J. MARCOS, RN; EARL D. SALVIEJO, NP; TANJA WASIELEWSKI, RN; LARS WILLIAMS, RN; H. HANNASH, RN; DAVID OLIPHANT, PA; LPN ALEXIA; BECKY S. CHRISTENSE, RN; RAY MARTIN MONTENEGRO, NP; KATE PURCELL, RN; DOES I through C, inclusive, and ROE CORPORATIONS I through II, inclusive,<br><br>Defendants. | CASE NO.: 2:22-cv-0899-GMN-NJK<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE PLAINTIFFS (1) DAICHENA THOMAS (IN HER INDIVIDUAL CAPACITY AND NOT IN HER CAPACITY AS PERSONAL REPRESENTATIVE); (2) DEVONTAY THOMAS; (3) DELON ARMSTRONG; (4) J.W.; AND (5) GERMAINE CARMENA** |

**IT IS HEREBY STIPULATED AND AGREED**, by and between Plaintiffs and Defendants, through their respective counsel, that Plaintiffs (1) DAICHENA THOMAS (in her individual capacity **and not** in her capacity as personal representative of the Estate of Palmer

1  Wright); (2) DEVONTAY THOMAS; (3) DELON ARMSTRONG; (4) J.W.; AND (5)
2  GERMAINE CARMENA; only, shall be dismissed from this case with prejudice, with each
3  party to bear their own costs and attorney's fees.

DATED this 30th day of August 2024.                    DATED this 30th day of August 2024.

STOVALL & ASSOCIATES                                   LEWIS BRISBOIS BISGAARD & SMITH LLP

*/s/ Ross Moynihan*                                    */s/ Ethan Featherstone*
_____                            _____
LESLIE MARK STOVALL, ESQ.                              BRENT VOGEL, ESQ.
Nevada Bar No. 2566                                    Nevada Bar No. 6858
ROSS MOYNIHAN, ESQ.                                    ETHAN FETAHERSTONE, ESQ.
Nevada Bar No. 11848                                   Nevada Bar No. 11566
2301 Palomino Lane                                     6385 S. Rainbow Blvd., Ste. 600
Las Vegas, Nevada 89107                                Las Vegas, NV 89118
*Attorney for Plaintiffs*                              *Attorney for Defendants Wellpath, LLC*

DATED this 30th day of August 2024.

*/s/ Lyssa Anderson*
_____
LYSSA S. ANDERSON, ESQ.
Nevada Bar No. 5781
RYAN W. DANIELS, ESQ.
Nevada Bar No. 13094
1980 Festival Plaza Drive, Suite 650
Las Vegas, NV 89135
*Attorney for Defendant*
*Las Vegas Metropolitan Police Department*

*Thomas v. Clark County, et al.*<br>2:22-cv-0899-GMN-NJK<br>Stipulation and Order

## ORDER

Based upon the above stipulation of the parties, it is hereby **ORDERED** that Plaintiffs (1) DAICHENA THOMAS (in her individual capacity **and not** in her capacity as personal representative of the Estate of Palmer Wright); (2) DEVONTAY THOMAS; (3) DELON ARMSTRONG; (4) J.W.; AND (5) GERMAINE CARMENA; only, shall be dismissed from this case with prejudice, with each party to bear their own costs and attorney's fees.

Dated this 3 day of August, 2024

_____
UNITED STATES DISTRICT COURT JUDGE