ROSS MOYNIHAN, ESQ.
Nevada Bar No. 11848
STOVALL & ASSOCIATES
2301 Palomino Lane
Las Vegas, Nevada 89107
Telephone: (702) 258-3034
Facsimile: (702) 258-0093
court@lesstovall.com
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| DAICHENA THOMAS, individually and as the personal representative of Estate of Palmer Pearce Joseph Wright; DANA THOMAS, individually; DEVONTAY THOMAS, individually; DELON ARMSTRONG, individually; J. W., individually; and GERMAINE CARMENA, individually, | CASE NO.: 2:22-cv-0899-GMN-NJK |
| Plaintiffs, | |
| vs. | |
| CLARK COUNTY; LAS VEGAS METROPOLITAN POLICE DEPARTMENT; CLARK COUNTY DETENTION CENTER; WELLPATH, LLC; CORRECT CARE SOLUTIONS, LLC; J. MARCOS, RN; EARL D. SALVIEJO, NP; TANJA WASIELEWSKI, RN; LARS WILLIAMS, RN; H. HANNASH, RN; DAVID OLIPHANT, PA; LPN ALEXIA; BECKY S. CHRISTENSE, RN; RAY MARTIN MONTENEGRO, NP; KATE PURCELL, RN; DOES I through C, inclusive, and ROE CORPORATIONS I through II, inclusive, | **STIPULATION AND ORDER TO EXTEND THE TIME TO FILE JOINT STATUS REPORT** |
| Defendants. | |

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties, through their respective counsel that the parties' deadline to file a joint status report, ordered by the court on May 30, 2025 (Doc. No. 144), should be extended from June 13, 2025 to June 27, 2025 and

the parties request that the court order the extension. The request for an extension is made by the plaintiffs and is made for the following two reasons presented by plaintiffs' counsel:

1.    Plaintiff's counsel was out of the country from May 29, 2025 to June 11, 2025 as a result of a family health issue, which delayed preparation of the joint status report; and

2.    At the April 22, 2025 hearing on the plaintiffs' motion to lift stay in Wellpath defendants' bankruptcy case in the United States Bankruptcy Court for the Southern District of Texas, Houston Division, the bankruptcy judge ordered, inter alia, that the bankruptcy stay be immediately lifted as to the non-Wellpath-related defendants in this case. However, the written order granting the motion has not been entered by the court. Upon plaintiffs' counsel's return to the office on June 12, 2025, plaintiffs' counsel emailed the plaintiffs' bankruptcy counsel in Houston, Texas requesting status of the order but has not yet received a response. Plaintiffs' counsel submits that the requested extension of time will provide additional time for bankruptcy counsel to respond to the recent inquiry and to cause the entry of the order lifting stay, which, of course, will result in a more substantive joint status report to this court.

The parties agree that the above facts present good cause for the requested extension of time and they jointly request that the court grant the extension.

DATED this 12th day of June 2025.                  DATED this 12th day of June 2025.

STOVALL & ASSOCIATES                             LEWIS BRISBOIS BISGAARD & SMITH LLP


/s/ Ross Moynihan                                /s/ Shannon Kalllin
_____                       _____
ROSS MOYNIHAN, ESQ.                               BRENT VOGEL, ESQ.
Nevada Bar No. 11848                              Nevada Bar No. 6858
2301 Palomino Lane                                SHANNON KALLIN, ESQ.
Las Vegas, Nevada 89107                           Nevada Bar No 16555
*Attorney for Plaintiffs*                         6385 S. Rainbow Blvd., Ste. 600
                                                  Las Vegas, NV 89118
                                                  *Attorney for Defendants Wellpath, LLC*

1    DATED this 12th day of June 2025.

2    KAEMPFER CROWELL

3
     /s/ Lyssa Anderson
4    _____
     LYSSA S. ANDERSON, ESQ.
5    Nevada Bar No. 5781
     1980 Festival Plaza Drive, Suite 650
6    Las Vegas, NV 89135
     Attorney for Defendant
7    Las Vegas Metropolitan Police Department

8

9

10

11                          **ORDER**

12
            Based upon the above stipulation of the parties and for good cause appearing, it is hereby
13
     ORDERED that the parties' deadline to file a joint status report, shall be extended from June 13,
14
     2025 to June 27, 2025.
15

16

17

18
                                    _____
19                                  **DISTRICT COURT JUDGE**

20

21

22

23

24

25

26

27

28