ROSS MOYNIHAN, ESQ.
Nevada Bar No. 11848
STOVALL & ASSOCIATES
2301 Palomino Lane
Las Vegas, Nevada 89107
Telephone: (702) 258-3034
Facsimile: (702) 258-0093
court@lesstovall.com
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| DAICHENA THOMAS, individually and as the personal representative of Estate of Palmer Pearce Joseph Wright; DANA THOMAS, individually; DEVONTAY THOMAS, individually; DELON ARMSTRONG, individually; J. W., individually; and GERMAINE CARMENA, individually,<br><br>Plaintiffs,<br><br>vs.<br><br>CLARK COUNTY; LAS VEGAS METROPOLITAN POLICE DEPARTMENT; CLARK COUNTY DETENTION CENTER; WELLPATH, LLC; CORRECT CARE SOLUTIONS, LLC; J. MARCOS, RN; EARL D. SALVIEJO, NP; TANJA WASIELEWSKI, RN; LARS WILLIAMS, RN; H. HANNASH, RN; DAVID OLIPHANT, PA; LPN ALEXIA; BECKY S. CHRISTENSE, RN; RAY MARTIN MONTENEGRO, NP; KATE PURCELL, RN; DOES I through C, inclusive, and ROE CORPORATIONS I through II, inclusive,<br><br>Defendants. | CASE NO.: 2:22-cv-0899-GMN-NJK<br><br>**STIPULATION AND ORDER TO EXTEND THE TIME TO FILE JOINT STATUS REPORT** |

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties, through their respective counsel that the parties' deadline to file a joint status report, ordered by the court should be extended from June 27, 2025 to July 27, 2025 and the parties request that the court order the extension. The request for an extension is made for the following reasons:

1. The Wellpath bankruptcy stay is lifted as to all non-debtor defendants, including the Wellpath employees who are defendants in this case and who are also represented by Wellpath's counsel. Wellpath's counsel is in process of determining whether an insurance policy or agreement provides a defense and indemnification to the Wellpath employees who are defendants in this case.

2. Wellpath's contract with Clark County to provide medical services to the Clark County detention center requires that Wellpath maintain liability insurance coverage. No insurance policies/agreements applicable to the incident at issue in this case have been disclosed and Wellpath's counsel is requesting these documents to confirm the existence/non-existence of coverages and to provide such documents to the plaintiffs.

3. Additional time is needed by the plaintiffs to determine the effect that the Wellpath bankruptcy reorganization plan as it relates to the pending motion to dismiss Wellpath, LLC from this case.

The parties agree that the above facts present good cause for the requested extension of time and they jointly request that the court grant the extension.

| | |
|---|---|
| DATED this 27th day of June 2025. | DATED this 27th day of June 2025. |
| STOVALL & ASSOCIATES | LEWIS BRISBOIS BISGAARD & SMITH LLP |
| /s/ Ross Moynihan | /s/ Shannon Kalllin |
| ROSS MOYNIHAN, ESQ.<br>Nevada Bar No. 11848<br>2301 Palomino Lane<br>Las Vegas, Nevada 89107<br>*Attorney for Plaintiffs* | BRENT VOGEL, ESQ.<br>Nevada Bar No. 6858<br>SHANNON KALLIN, ESQ.<br>Nevada Bar No 16555<br>6385 S. Rainbow Blvd., Ste. 600<br>Las Vegas, NV 89118<br>*Attorney for Defendants Wellpath, LLC* |

**ORDER**

Based upon the above stipulation of the parties and for good cause appearing, it is hereby ORDERED that the parties' deadline to file a joint status report, shall be extended from June 27, 2025 to July 27, 2025.

Dated: July 2, 2025

_____
DISTRICT COURT JUDGE