ROSS MOYNIHAN, ESQ.
Nevada Bar No. 11848
STOVALL & ASSOCIATES
2301 Palomino Lane
Las Vegas, Nevada 89107
Telephone: (702) 258-3034
Facsimile: (702) 258-0093
court@lesstovall.com
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| DAICHENA THOMAS, individually and as the personal representative of Estate of Palmer Pearce Joseph Wright; DANA THOMAS, individually; DEVONTAY THOMAS, individually; DELON ARMSTRONG, individually; J. W., individually; and GERMAINE CARMENA, individually,<br><br>Plaintiffs,<br><br>vs.<br><br>CLARK COUNTY; LAS VEGAS METROPOLITAN POLICE DEPARTMENT; CLARK COUNTY DETENTION CENTER; WELLPATH, LLC; CORRECT CARE SOLUTIONS, LLC; J. MARCOS, RN; EARL D. SALVIEJO, NP; TANJA WASIELEWSKI, RN; LARS WILLIAMS, RN; H. HANNASH, RN; DAVID OLIPHANT, PA; LPN ALEXIA; BECKY S. CHRISTENSE, RN; RAY MARTIN MONTENEGRO, NP; KATE PURCELL, RN; DOES I through C, inclusive, and ROE CORPORATIONS I through II, inclusive,<br><br>Defendants. | CASE NO.: 2:22-cv-0899-GMN-NJK<br><br>**STIPULATION AND ORDER TO EXTEND THE TIME TO FILE RESPONSE TO MOTION TO DISMISS WITH PREJUDICE DEFENDANT WELLPATH, LLC** |

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties, through their respective counsel, that the plaintiffs' time to file a response to the Motion to Dismiss with Prejudice Defendant Wellpath, LLC (Doc No. 148) should be extended from July 9, 2025 to August 5, 2025, which is after the July 27, 2025 date that the parties are to file their joint status

report (pursuant to Doc. No. 153). The parties submit that their July 27, 2025 joint status report is related to and will likely affect the motion to dismiss, and it will be of more benefit to the parties and the court for the response to the motion and reply in support of the motion to be filed after the joint status report.

The parties agree that the above facts present good cause for the requested extension of time and they jointly request that the court grant the extension.

DATED this 9th day of July 2025.

STOVALL & ASSOCIATES

/s/ Ross Moynihan
_____
ROSS MOYNIHAN, ESQ.
Nevada Bar No. 11848
2301 Palomino Lane
Las Vegas, Nevada 89107
*Attorney for Plaintiffs*

DATED this 9th day of July 2025.

LEWIS BRISBOIS BISGAARD & SMITH LLP

/s/ Shannon Kalllin
_____
BRENT VOGEL, ESQ.
Nevada Bar No. 6858
SHANNON KALLIN, ESQ.
Nevada Bar No 16555
6385 S. Rainbow Blvd., Ste. 600
Las Vegas, NV 89118
*Attorney for Defendants Wellpath, LLC*

## ORDER

Based upon the above stipulation of the parties and for good cause appearing, it is hereby ORDERED that the the plaintiffs' time to file a response to the Motion to Dismiss with Prejudice Defendant Wellpath, LLC (Doc No. 148) should be extended from July 9, 2025 to August 5, 2025.

_____ July 10, 2025
**DISTRICT COURT JUDGE**