# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

|  |  |
|---|---|
| DAICHENA THOMAS, et al., | Case No. 2:22-cv-00899-GMN-NJK |
| Plaintiff(s), | **Order** |
| v. | [Docket No. 156] |
| CLARK COUNTY, et al., |  |
| Defendant(s). |  |

The parties filed a joint status report that asks "that the court order a period of 120 days of discovery for the limited purpose of determining the nature and extent of any and all third-party insurance providing coverage to the defendants in this case." Docket No. 156 at 3. Parties do not properly request relief within a status report. *See, e.g.*, Local Rule IC 2-2(b). If the parties seek this relief, they must file a separate request addressing the standards governing that request.

IT IS SO ORDERED.

Dated: August 29, 2025

_____
Nancy J. Koppe
United States Magistrate Judge

1