# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Daichena Thomas, et al., <br>     Plaintiff(s), <br> v. <br> Clark County, et al., <br>     Defendant(s). | Case No. 2:22-cv-00899-GMN-NJK <br><br> **Order** |

The record has become convoluted as to the basic issue of Plaintiffs' representation. It would appear that attorney Ross Moynihan has switched law firms, though his notice on the issue identifies him as an attorney both at Moynihan & Associates (caption) and at Stovall & Associates (body). *See* Docket No. 161. Adding to the confusion, Ross Moynihan's CMECF continues to identify him as an attorney at Stovall & Associates. *See* Docket. It would also appear that Leslie Mark Stovall and Stovall & Associates are attempting to be removed from this case, but that filing also lists Ross Moynihan as an attorney at Stovall & Associates. Docket No. 163.[1] Hence, that notice appears to indicate that Ross Moynihan is also seeking to withdraw. In short, the papers are inconsistent and the record has become muddled. If Ross Moynihan has changed his law firm affiliation, he must (1) file a notice clearly so stating and (2) update his CMECF account. If Leslie Stovall and his law firm seek to withdraw, they must file a motion seeking that relief and clearly stating which attorney(s) seek to withdraw.

IT IS SO ORDERED.

Dated: January 13, 2026

                                                                    Nancy J. Koppe <br>
United States Magistrate Judge

---

[1] The notice was filed in violation of the local rules, as it was docketed by Ross Moynihan but is signed by Leslie Stovall. *But see* Local Rule IC 5-1(b). Moreover, attorneys do not withdraw by notice; they withdraw by motion. *See* Local Rule IA 11-6(b).

1