ROSS MOYNIHAN, ESQ.
Nevada Bar No. 11848
STOVALL & ASSOCIATES
2301 Palomino Lane
Las Vegas, Nevada 89107
Telephone: (702) 258-3034
Facsimile: (702) 258-0093
court@lesstovall.com
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

DAICHENA THOMAS as the personal
representative of Estate of Palmer Pearce Joseph
Wright; DANA THOMAS, individually

Plaintiffs,

vs.

CLARK COUNTY; LAS VEGAS
METROPOLITAN POLICE DEPARTMENT;
CLARK COUNTY DETENTION CENTER;
THE WELLPATH LIQUIDATING TRUST, by
and through its Liquidating Trustee Matthew
Dundon; J. MARCOS, RN; EARL D.
SALVIEJO, NP; TANJA WASIELEWSKI,
RN; H. TADDEO, RN; ACE T. RN; LARS
WILLIAMS, RN; RAY MARTIN
MONTENEGRO, NP

Defendants.

CASE NO.: 2:22-cv-0899-GMN-NJK

**STIPULATION AND ORDER TO EXTEND PLAINTIFFS' TIME TO RESPOND TO DEFENDANT LAS VEGAS METROPOLITAN POLICE DEPARTMENT'S REQUEST FOR CERTIFICATION FOR INTERLOCUTORY APPEAL AND MOTION TO STAY**

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties, through their respective counsel, that the plaintiffs' deadline to file responses to ECF No. 170 (LVMPD's motion for Certificate of Appealability) and ECF No. 171 (Motion to Stay Case) be extended from April 24, 2026 to May 8, 2026. The request for an extension of time is made at the request of plaintiffs' counsel and is related to workload issues that have prevented the plaintiffs' counsel

from completing the responses prior to the current deadline. The parties agree that this issue presents good cause for the requested extension.

DATED this 24th day of April 2026.

STOVALL & ASSOCIATES

/s/ Ross Moynihan

_____
ROSS MOYNIHAN, ESQ.
Nevada Bar No. 11848
2301 Palomino Lane
Las Vegas, Nevada 89107
*Attorney for Plaintiffs*

DATED this 24th day of April 2026.

KAEMPFER CROWELL

/s/ Lyssa Anderson

_____
LYSSA S. ANDERSON, ESQ.
Nevada Bar No. 5781
1980 Festival Plaza Drive, Suite 650
Las Vegas, NV 89135
*Attorney for Defendant,*
*Las Vegas Metropolitan Police Department*

**ORDER**

Based upon the above stipulation of the parties, it is hereby ORDERED that the plaintiffs' deadline to file responses to ECF No. 170 (LVMPD's motion for Certificate of Appealability) and ECF No. 171 (Motion to Stay Case) be extended from April 24, 2026 to May 8, 2026.

Dated this  24  April, 2026.

_____
**Gloria M. Navarro, District Judge**
**UNITED STATES DISTRICT COURT**