LYSSA S. ANDERSON
Nevada Bar No. 5781
TRAVIS C. STUDDARD
Nevada Bar No. 16454
KAEMPFER CROWELL
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada  89135
Telephone:   (702) 792-7000
Fax:            (702) 796-7181
landerson@kcnvlaw.com
tstuddard@kcnvlaw.com

*Attorneys for Defendant*
*Las Vegas Metropolitan Police Department*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DAICHENA THOMAS, individually and as the personal representative of Estate of Palmer Pearce Joseph Wright; DANA THOMAS, individually; DEVONTAY THOMAS, individually; DELON ARMSTRONG, individually; J. W., individually; GERMAINE CARMENA, individually,<br><br>Plaintiffs,<br><br>vs.<br><br>CLARK COUNTY; LAS VEGAS METROPOLITAN POLICE DEPARTMENT; CLARK COUNTY DETENTION CENTER; WELLPATH, LLC; CORRECT CARE SOLUTIONS, LLC; J. MARCOS, RN; EARL D. SALVIEJO, NP; TANJA WASIELEWSKI, RN; H. TADDEO, RN; ACE T., RN; LARS WILLIAMS, RN; H. HANNASH, RN; DAVID OLIPHANT, PA; LPN ALEXIA; BECKY S. CHRISTENSEN, RN; RAY MARTIN MONTENEGRO, NP; KATE PURCELL, RN; DOES I through C, inclusive, and ROE CORPORATIONS I through II, inclusive,<br><br>Defendants. | CASE NO.: 2:22-cv-00899-GMN-NJK<br><br>**STIPULATION FOR EXTENSION OF TIME TO RESPOND TO FIRST AMENDED COMPLAINT**<br>**(First Request)** |

**KAEMPFER CROWELL**
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada  89135

Defendant Las Vegas Metropolitan Police Department ("LVMPD"); alongside Defendants Wellpath, LLC, Liquidating Trust, J. Marcos, RN, Earl D. Salviejo, NP, Tanja Wasielewski, RN, H. Taddeo, RN, Ace T. RN, Lars Williams, RN, Ray Martin Montenegro, NP, (collectively, "Medical Defendants"); and with Plaintiffs Daichena Thomas and Dana Thomas stipulate and agree to a seven-day extension of time for Defendants to file a response to Plaintiff's First Amended Complaint, (ECF No. 172).

The current deadline is May 5, 2026; and the extended deadline will become May 12, 2026.

Local Rule IA 6-1 and Federal Rule of Civil Procedure 6 create a "good cause" standard to extend a deadline to respond to a complaint. This rule is "non-rigorous" and "to be liberally construed to effectuate the general purpose of seeing that cases are tried on the merits." *Ahanchian v. Xenon Pictures, Inc.*, 624 F.3d 1253, 1259 (9th Cir. 2010) (citing *Rodgers v. Watt*, 722 F.2d 456, 459 (9th Cir.1983)). For that reason, "requests for extensions of time made before the applicable deadline has passed should 'normally . . . be granted in the absence of bad faith on the part of the party seeking relief or prejudice to the adverse party.'" *Id.*

Here, the parties stipulate and agree to a minimal extension of seven days for Defendants to respond to Plaintiff's First Amended Complaint, which would move the current deadline of May 5, 2026, to May 12, 2026. The extension is warranted because the undersigned counsel, Lyssa Anderson, Esq., was out of the country during the preceding week with limited (and at times no) internet access. Also, the additional time will allow all Defendants' counsel to thoroughly review the First Amended Complaint and prepare appropriate responses.

This is Defendants' first request for an extension of this deadline.

Defendants respectfully submit that this Stipulation is not sought for purposes of delay or

/ / /

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada 89135

to prejudice any other party.

DATED this __5th__ day of May, 2026.

KAEMPFER CROWELL

By:    /s/ Lyssa S. Anderson
       Lyssa S. Anderson
       KAEMPFER CROWELL
       1980 Festival Plaza Drive, Suite 650
       Las Vegas, Nevada  89135
       **Attorney for Defendant LVMPD**

       Approved by Ross H. Moynihan
       Ross H. Moynihan, Esq.
       STOVALL & ASSOCIATES
       2301 Palomino Lane
       Las Vegas, NV 89107
       **Attorney for Plaintiffs**

       /s/ Pravava Moody
       Pranava Moody, Esq.
       LEWIS BRISBOIS BISGAARD & SMITH LLP
       6385 S. Rainbow Blvd., Ste. 600
       Las Vegas, NV 89118
       **Attorney for Medical Defendants**

**IT IS SO ORDERED.**

Dated this _6th_ day of May, 2026.

_____
UNITED STATES MAGISTRATE JUDGE

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada  89135