ROSS MOYNIHAN, ESQ.
Nevada Bar No. 11848
STOVALL & ASSOCIATES
2301 Palomino Lane
Las Vegas, Nevada 89107
Telephone: (702) 258-3034
Facsimile: (702) 258-0093
court@lesstovall.com
*Attorney for Plaintiff*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| DAICHENA THOMAS as the personal representative of Estate of Palmer Pearce Joseph Wright; DANA THOMAS, individually<br><br>Plaintiffs,<br><br>vs.<br><br>CLARK COUNTY; LAS VEGAS METROPOLITAN POLICE DEPARTMENT; CLARK COUNTY DETENTION CENTER; THE WELLPATH LIQUIDATING TRUST, by and through its Liquidating Trustee Matthew Dundon; J. MARCOS, RN; EARL D. SALVIEJO, NP; TANJA WASIELEWSKI, RN; H. TADDEO, RN; ACE T. RN; LARS WILLIAMS, RN; RAY MARTIN MONTENEGRO, NP<br><br>Defendants. | CASE NO.: 2:22-cv-0899-GMN-NJK |

**STIPULATION AND ORDER TO EXTEND PLAINTIFFS' TIME TO RESPOND TO DEFENDANT LAS VEGAS METROPOLITAN POLICE DEPARTMENT'S REQUEST FOR CERTIFICATION FOR INTERLOCUTORY APPEAL AND MOTION TO STAY (SECOND REQUEST)**

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties, through their respective counsel, that the plaintiffs' deadline to file responses to ECF No. 170 (LVMPD's Motion for Certificate of Appealability) and ECF No. 171 (Motion to Stay Case) be extended from May 8, 2026 to May 15, 2026. The request for an extension of time is made at the request of plaintiffs' counsel and is related to a previously unforeseen scheduling of a May 8, 2026

mediation on a very short time basis, requiring out of state travel, briefing, and preparation that delayed the plaintiffs' counsel from completing the responses prior to the current deadline. The parties agree that this issue presents good cause for the requested extension.

DATED this 8th day of May 2026.

STOVALL & ASSOCIATES

*/s/ Ross Moynihan*

_____
ROSS MOYNIHAN, ESQ.
Nevada Bar No. 11848
2301 Palomino Lane
Las Vegas, Nevada 89107
*Attorney for Plaintiffs*

DATED this 8th day of May 2026.

KAEMPFER CROWELL

*/s/ Lyssa Anderson*

_____
LYSSA S. ANDERSON, ESQ.
Nevada Bar No. 5781
1980 Festival Plaza Drive, Suite 650
Las Vegas, NV 89135
*Attorney for Defendant,*
*Las Vegas Metropolitan Police Department*

## ORDER

Based upon the above stipulation of the parties, it is hereby ORDERED that the plaintiffs' deadline to file responses to ECF No. 170 (LVMPD's Motion for Certificate of Appealability) and ECF No. 171 (Motion to Stay Case) be extended from May 8, 2026 to May 15, 2026.

Dated this __8__ day of May, 2026.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT