LYSSA S. ANDERSON
Nevada Bar No. 5781
KRISTOPHER J. KALKOWSKI
Nevada Bar No. 14892
TRAVIS C. STUDDARD
Nevada Bar No. 16454
KAEMPFER CROWELL
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada  89135
Telephone:   (702) 792-7000
Fax:            (702) 796-7181
landerson@kcnvlaw.com
kkalkowski@kcnvlaw.com
tstuddard@kcnvlaw.com
*Attorneys for Defendant*
*Las Vegas Metropolitan Police Department*

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| DAICHENA THOMAS, individually and as the personal representative of Estate of Palmer Pearce Joseph Wright; DANA THOMAS, individually; DEVONTAY THOMAS, individually; DELON ARMSTRONG, individually; J. W., individually; GERMAINE CARMENA, individually,<br><br>Plaintiffs,<br><br>vs.<br><br>CLARK COUNTY; LAS VEGAS METROPOLITAN POLICE DEPARTMENT; CLARK COUNTY DETENTION CENTER; WELLPATH, LLC; CORRECT CARE SOLUTIONS, LLC; J. MARCOS, RN; EARL D. SALVIEJO, NP; TANJA WASIELEWSKI, RN; H. TADDEO, RN; ACE T., RN; LARS WILLIAMS, RN; H. HANNASH, RN; DAVID OLIPHANT, PA; LPN ALEXIA; BECKY S. CHRISTENSEN, RN; RAY MARTIN MONTENEGRO, NP; KATE PURCELL, RN; DOES I through C, inclusive, and ROE CORPORATIONS I through II, inclusive,<br><br>Defendants. | CASE NO.:    2:22-cv-00899-GMN-NJK<br><br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT LAS VEGAS METROPOLITAN POLICE DEPARTMENT'S REPLY IN SUPPORT OF REQUEST FOR CERTIFICATION FOR INTERLOCUTORY APPEAL AND MOTION TO STAY** |

**KAEMPFER CROWELL**
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada  89135

6943.261

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties, through their respective counsel, that the defendants' deadline to file their replies to ECF No. 170 (LVMPD's Motion for Certificate of Appealability) and ECF No. 171 (Motion to Stay Case) be extended from May 22, 2026 to June 5, 2026. The request for an extension of time is made at the request of LVMPD's counsel and is related to very recent and urgent family medical emergencies.  The parties agree that this issue presents good cause for the requested extension.

DATED this 22nd day of May, 2026.

KAEMPFER CROWELL

By:    /s/ Lyssa S. Anderson
Lyssa S. Anderson
KAEMPFER CROWELL
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada  89135
***Attorney for Defendant LVMPD***

/s/Ross H. Moynihan
Ross H. Moynihan, Esq.
STOVALL & ASSOCIATES
2301 Palomino Lane
Las Vegas, NV 89107
***Attorney for Plaintiffs***

**IT IS SO ORDERED.**

Dated this __26__ day of May, 2026.

Gloria M. Navarro, District Judge
UNITED STATES DISTRICT JUDGE

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada  89135

6943.261