**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

Daichena Thomas, et al.,

    Plaintiff(s),

v.

Clark County, et al.,

    Defendant(s).

Case No. 2:22-cv-00899-GMN-NJK

**Order**

[Docket Nos. 200, 201, 202, 203]

Pending before the Court are requests to substitute attorney Paul Cardinale in the place of Pranava Moody for Defendants Taddeo, Salviejo, Williams, and Wasielewski, Docket Nos. 200, 201, 202, 203, which are hereby **GRANTED**.

IT IS SO ORDERED.

Dated: June 11, 2026

_____

Nancy J. Koppe
United States Magistrate Judge

1