# UNITED STATES DISTRICT COURT

District of _____ Nevada _____

Daichena Thomas
                    Plaintiff (s),
          V.

Clark County; LVMPD, et al.
                    Defendant (s),

**CONSENT ORDER GRANTING
SUBSTITUTION OF ATTORNEY**

CASE NUMBER: __2:22-cv-0899-GMN-NJK__

Notice is hereby given that, subject to approval by the court, __J. Marcos, R.N.__ substitutes
                                                                    (Party (s) Name)

__Paul A. Cardinale__ , State Bar No. __8394__ as counsel of record in
          (Name of New Attorney)

place of __Pranava B. Moody__ .
          (Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: __Medical Defense Law Group__

Address: __2460 Professional Court Suite 110 Las Vegas, NV 89128__

Telephone: __(702) 342-8116__    Facsimile __(916) 244-9130__

E-Mail (Optional): __paul.cardinale@med-defenselaw.com__

I consent to the above substitution.

Date: __06/11/2026__

          JAY MICHAEL MARCOS
          __J. Marcos, R.N.__
          (Signature of Party (s))

I consent to being substituted.

Date: __6/11/2026__

          __Pranava B. Moody__
          (Signature of Former Attorney (s))

I consent to the above substitution.

Date: __5/27/2026__

          __Paul A. Cardinale__
          (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: __June 12, 2026__

          _____
          Judge

**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**