# UNITED STATES DISTRICT COURT

District of _____ Nevada _____

Darchena Thomas

Plaintiff(s),

v.

Clark County, LVMPD et al

Defendant(s).

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 2:22-CV-0899-GMN-NJK

Notice is hereby given that, subject to approval by the court, Ray Martin Montenegro, NP substitutes

(Party (s) Name)

Paul A. Cardinale _____, State Bar No 8394 _____ as counsel of record in

(Name of New Attorney)

place of Pranava B Moody

(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

| | |
|---|---|
| Firm Name | Medical Defense Law Group |
| Address | 2460 Professional Court Suite 110 Las Vegas, NV 89128 |
| Telephone | (702) 342-8116    Facsimile  (916) 244-9130 |
| E-Mail (Optional) | paul cardinale@med-defenselaw com |

I consent to the above substitution

Date ____ 6 - 12 - 2026 ____

Ray Martin Montenegro, NP

(Signature of Party (s))

I consent to being substituted

Date ____ 6/12/26 ____

Pranava B Moody

(Signature of Former Attorney (s))

I consent to the above substitution

Date ____ 5/27/2026 ____

Paul A. Cardinale

(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED

Date ____ June 12, 2026 ____

Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]