LYSSA S. ANDERSON
Nevada Bar No. 5781
KRISTOPHER J. KALKOWSKI
Nevada Bar No. 14892
TRAVIS C. STUDDARD
Nevada Bar No. 16454
KAEMPFER CROWELL
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada  89135
Telephone:   (702) 792-7000
Fax:             (702) 796-7181
landerson@kcnvlaw.com
kkalkowski@kcnvlaw.com
tstuddard@kcnvlaw.com
***Attorneys for Defendant***
***Las Vegas Metropolitan Police Department***

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DAICHENA THOMAS, individually and as the personal representative of Estate of Palmer Pearce Joseph Wright; DANA THOMAS, individually; DEVONTAY THOMAS, individually; DELON ARMSTRONG, individually; J. W., individually; GERMAINE CARMENA, individually,<br><br>                          Plaintiffs,<br><br>vs.<br><br>CLARK COUNTY; LAS VEGAS METROPOLITAN POLICE DEPARTMENT; CLARK COUNTY DETENTION CENTER; WELLPATH, LLC; CORRECT CARE SOLUTIONS, LLC; J. MARCOS, RN; EARL D. SALVIEJO, NP; TANJA WASIELEWSKI, RN; H. TADDEO, RN; ACE T., RN; LARS WILLIAMS, RN; H. HANNASH, RN; DAVID OLIPHANT, PA; LPN ALEXIA; BECKY S. CHRISTENSEN, RN; RAY MARTIN MONTENEGRO, NP; KATE PURCELL, RN; DOES I through C, inclusive, and ROE CORPORATIONS I through II, inclusive,<br><br>                          Defendants. | CASE NO.:    2:22-cv-00899-GMN-NJK<br><br><br>**STIPULATION AND ORDER TO EXTEND DEFENDANT LAS VEGAS METROPOLITAN POLICE DEPARTMENT'S DEADLINE TO FILE REPLY IN SUPPORT OF REQUEST FOR CERTIFICATION FOR INTERLOCUTORY APPEAL AND MOTION TO STAY**<br>**(Second Request)**<br><br>**AND**<br><br>**TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS**<br>**(First Request)** |

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties, through their respective counsel, that the defendants' deadline to file their replies in support of LVMPD's Motion for Certificate of Appealability (ECF No. 170) and Motion to Stay Case (ECF No. 171) be extended from June 5, 2026, to June 19, 2026. This is the parties' second stipulation for an extension of this deadline.

**IT IS FURTHER STIPULATED AND AGREED** by and between the parties, through their respective counsel, that the defendants' deadline to file their reply in support of their Motion to Dismiss (ECF No. 179) be extended from June 9, 2026 to June 19, 2026. This is the parties' first stipulation for an extension of this deadline.

This request is made on behalf of defendants' counsel and arises from the same recent family medical emergencies described in the parties' prior Stipulation to Extend (ECF No. 182). Those circumstances were compounded by the deaths of two of counsels' family members, necessitating the requested extensions.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

**KAEMPFER CROWELL**
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada 89135

6943.261

The parties agree that this issue presents good cause for the requested extension.

DATED this __4th__ day of June, 2026.


By:    /s/ Lyssa S. Anderson
          Lyssa S. Anderson
          KAEMPFER CROWELL
          1980 Festival Plaza Drive, Suite 650
          Las Vegas, Nevada 89135
          **Attorneys for Defendant LVMPD**


By:    /s/ Ross H. Monihan
          Ross H. Moynihan
          STOVALL & ASSOCIATES
          2301 Palomino Lane
          Las Vegas, Nevada 89107
          **Attorneys for Plaintiffs**


By:    /s/ Pranava Moody
          Pranava Moody
          LEWIS BRISBOIS BISGAARD & SMITH LLP
          6385 S. Rainbow Boulevard, Suite 600
          Las Vegas, Nevada 89118
          **Attorneys for Defendant Wellpath Employees**


**IT IS SO ORDERED.**

Dated this __18__ day of June 2026.


_____
UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

I certify that I am an employee of KAEMPFER CROWELL, and that on the date below, I caused the foregoing **STIPULATION AND ORDER TO EXTEND DEFENDANT LAS VEGAS METROPOLITAN POLICE DEPARTMENT'S DEADLINE TO FILE REPLY IN SUPPORT OF REQUEST FOR CERTIFICATION FOR INTERLOCUTORY APPEAL AND MOTION TO STAY (Second Request) AND TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS (First Request)** to be served via CM/ECF and/or Electronic Mail (as stipulated between the parties) addressed to the following:

Leslie Mark Stovall, Esq.
Nevada Bar No. 2566
Ross H. Moynihan, Esq.
Nevada Bar No. 11848
STOVALL & ASSOCIATES
2301 Palomino Lane
Las Vegas, NV 89107
(702) 258-3034 – phone
(702) 258-0093 – fax
court@lesstovall.com
ross@lesstovall.com
melina@lesstovall.com

*Attorneys for Plaintiffs*

Parvana Moody, Esq.
Nevada Bar No. 6858
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Blvd., Ste. 600
Las Vegas, NV 89118
(702) 893-3383 – phone
(702) 893-3789 – fax
Gaylene.Kim-Mistrille@lewisbrisbois.com
Adrina.Harris@lewisbrisbois.com

*Attorneys for Defendants,*
*WellPath, LLC; Correct Care Solutions, LLC;*
*J. Marcos, RN; Earl D. Salviejo, NP; Tanya*
*Wasielewski, RN; H. Taddeo, RN; Ace T. RN;*
*Lars Williams, RN;David Oliphant, PA; and*
*Ray Martin Montenegro, NP*

DATED this __4th__ day of June, 2026.

_/s/ Robin Callaway_
an employee of Kaempfer Crowell

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada 89135

6943.261