**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DAICHENA THOMAS, *et al*., | Case No.: 2:22-cv-00899-GMN-NJK |
| Plaintiffs, | |
| v. | **ORDER OF DISMISSAL WITHOUT PREJUDICE PURSUANT TO RULE 4(m) OF THE FEDERAL RULES OF CIVIL PROCEDURE** |
| CLARK COUNTY, *et al*., | |
| Defendants. | |

Plaintiffs have failed to show good cause why this action should not be dismissed without prejudice for failure to effect timely service as to Defendant Clark County, pursuant to Fed. R. Civ. P. 4(m).

Accordingly,

**IT IS ORDERED** that the action is hereby **DISMISSED without prejudice** as to Defendant CLARK COUNTY, only.

**DATED** this __24__ day of June, 2026.

_____
GLORIA M. NAVARRO, DISTRICT JUDGE
UNITED STATES DISTRICT COURT