**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

Daichena Thomas, et al.,
Plaintiff(s),
v.
Clark County, et al.,
Defendant(s).

Case No. 2:22-cv-00899-GMN-NJK

**Order**

There was an attempt several months ago to change the counsel representing Plaintiffs. Docket Nos. 161, 163. It appears that perhaps attorney Leslie Stovall wished to withdraw (along with his law firm Stovall & Associates), while attorney Ross Moynihan wished to continue as counsel of record (with law firm Moynihan & Associates). The papers were not sufficiently clear if that was the relief being sought, however,[1] so counsel were instructed to file new requests that provided the requisite clarity. Docket No. 164. Counsel did not file renewed requests.

The Court **ORDERS** attorney Ross Moynihan to file, no later than September 30, 2026, a notice stating clearly whether he works for Stovall & Associates or Moynihan & Associates. The Court further **ORDERS** attorney Ross Moynihan to file, no later than September 30, 2026, a notice of whether Leslie Stovall and/or the law firm of Stovall & Associates should be withdrawn from this case per the earlier filings.

IT IS SO ORDERED.

Dated: September 16, 2026

Nancy J. Koppe
United States Magistrate Judge

[1] There continues to be a lack of clarity in the record. Attorney Moynihan's notice of appearance identified his law firm in the caption as Moynihan and Associates, but identified his law firm in the body as Stovall & Associates. Docket No. 161. Attorney Moynihan's subsequent filings, *see, e.g.*, Docket No. 183 at 1, as well as his state bar records, continue to identify him as being affiliated with Stovall & Associates. If Attorney Moynihan has left Stovall & Associates for Moynihan & Associates, that realignment has not been properly documented.