**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

Daichena Thomas, et al.,

Plaintiff(s),

v.

Clark County, et al.,

Defendant(s).

Case No. 2:22-cv-00899-GMN-NJK

**Order**

[Docket No. 221]

Pending before the Court is a motion to substitute as lead counsel, which clarifies that (1) Leslie Stovall should be removed as counsel of record from this case and (2) Ross Moynihan will act as lead counsel for Plaintiffs and continues to be associated with the law firm of Stovall & Associates. Docket No. 221. As so clarified, the motion to substitute is **GRANTED**. The Clerk's Office is **INSTRUCTED** to terminate Leslie Stovall as an attorney of record in this case.

IT IS SO ORDERED.

Dated: September 29, 2026

Nancy J. Koppe
United States Magistrate Judge